LUCERO, joined by HENRY, Circuit Judges, concurring.
I agree with my respected colleagues that the language of United States v. Manjarrez, 348 F.3d 881 (10th Cir.2003), controls this case, and I am compelled to join the majority opinion. I write separately to make an observation about our decision in Manjarrez.
Although Manjarrez violated 47 Okla. Stat. tit. 11, § 309(1) when he failed to signal before changing lanes as he approached a toll plaza, our opinion in that case appears to have used broader language than the facts necessitated. In Manjarrez we stated that under Oklahoma law, “a signal is required when exiting the interstate” and approaching a toll plaza. Id. at 885.
In this case the district court found that Richardson remained in the same lane as he approached the toll plaza on the Will Rogers Turnpike. As the right lane of the turnpike splits off to the right, thus “exiting” to form five toll lanes, the record suggests that a driver proceeding in the right lane of travel may pass through the toll booths without the necessity of changing lanes. Under these circumstances, our holding in Manjarrez leads to what appears to be a bizarre result — technically, Richardson may have “exited” the Will Rogers Turnpike to pay the required toll, but at no point did he change lanes in the process. Under these circumstances, a signal on his part in either direction would have misled other travelers on the turnpike into believing that he was going to change lanes, when in fact he did not intend to do so. On the other hand, he did technically exit the freeway so as to be ensnared by the express language of Manjarrez, which is why I refer to the result as bizarre. The Oklahoma Legislature may want to address this odd situation.
Absent en banc reconsideration of the language of Manjarrez, I am required to agree with my majority colleagues. But, Manjarrez does appear to provide a basis for the ticketing of almost any vehicle that passes through the cash toll booths on either the Will Rogers or Turner Turnpikes, even when those vehicles do not change lanes in the process.